IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CEDAR LANE TECHNOLOGIES INC., | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:25-CV-00232-JRG-RSP (Lead Case) |
| v. | § § | |
| FMR LLC, | § § | |
| *Defendants*. | § § | |
| CEDAR LANE TECHNOLOGIES INC., | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:25-CV-00223-JRG-RSP (Member Case) |
| v. | § § | |
| COBRA TRADING, INC., | § § § | |
| *Defendants*. | § | |

# ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Cedar Lane Technologies Inc. ("Plaintiff"). (Dkt. No. 18.) In the Notice, Plaintiff represents that the above-captioned member case is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned member case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned member case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned lead case as parties or claims remain.

## So Ordered this

**May 10, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE